# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY G. MOORE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | No. 14-4666 |
| **PLAINS ALL AMERICAN GP, LLC,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 17th day of September, 2015, upon consideration of Plaintiff's "Motion to Compel Production of Emails" (Doc. No. 25) and the response thereto, and following an <u>in camera</u> review, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED in part and DENIED in part**. Defendant shall produce the previously withheld emails dated January 20, 2014 to Plaintiff within ten (10) days of the date of this Order, but may redact the second-to-last sentence in Toni R. Graham's email to Phillip R. Smith.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**Mitchell S. Goldberg, J.**